# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 639 MAL 2017

          Respondent               :

                                        :    Petition for Allowance of Appeal from

                v.                   :    the Order of the Superior Court

JOSE MIGUEL PEREZ,                 :

          Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.